## AFFINITY LABS OF TEXAS, LLC, Appellant

v.

## SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America Inc., HTC Corp., HTC America, Inc., Appellees.

### No. 2015–1933.

United States Court of Appeals, Federal Circuit.

May 9, 2016.

Ryan Michael Schultz, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by Emily Elizabeth Niles.

Douglas Hallward–Driemeier, Ropes & Gray LLP, Washington, DC, argued for all

appellees. Samsung Electronics Co., Ltd., Samsung Electronics America Inc. also represented by Jon Steven Baughman; Brian P. Biddinger, New York, NY; Gabrielle E. Higgins, East Palo Alto, CA.

Jerry Robin Selinger, Patterson & Sheridan LLP, Dallas, TX, for appellees HTC Corp., HTC America, Inc. Also represented by Barden Todd Patterson, Houston, TX.

PROST, Chief Judge, DYK and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**